| | |
|---|---|
| 1 | Scott Lieske, Esq. #016250 |
| | Craig Friedrichs #029995 |
| 2 | 3838 N. Central Ave., Ste. 800 |
| | Phoenix, Arizona 85012 |
| 3 | (602) 277-8996 |
| | (602) 253-8346, facsimile |
| 4 | Attorneys for Russell Brown, Chapter 13 Trustee |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| PATRICK CARNELL NELSON, JR., | Case No. 2-13-bk-04685 EPB |
| Debtor. | **ORDER DISMISSING CASE** |

**THIS MATTER HAVING COME** before the Court at a Continued Hearing on the Trustee's Lodged Dismissal Order conducted at 11:00 a.m. on October 9, 2013.

**THE COURT FINDS AS FOLLOWS:**

1. A Hearing on the Trustee's Lodged Dismissal Order was set on was set on August 27, 2013.

2. At the October 9, 2013 Hearing this Court Ordered the Debtor to cure the plan payment default, file all missing tax returns and provide the Trustee with proof of filing the missing returns by October 26, 2013.

3. The Trustee informs the Court that the Debtor has not cured the default, per Proof of Claim #2-2 the Debtor's 2009 State Income Tax Returns have not been filed and Proof of Claim #6 states that the Debtor has not filed his Federal Tax Returns for 2007, 2010, 2011 and 2012.

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on the Debtor's

1  motion to reinstate on the request of an interested party who had joined the Trustee's request for
2  dismissal;

3  (C) Except as may be stated herein, all pending adversary proceedings, contested matters, and
4  administrative hearings relating to this case are vacated;

5  (D) Pursuant to 28 U.S.C. § 586(e)(2), the Trustee shall be paid his percentage fee from all
6  payments received from the Debtor. After payment of the Trustee's percentage fee, subject to the
7  provisions herein, the Trustee will retain the Debtor's funds pending Court approval of the payment of
8  administrative expenses of the Debtor's attorney. If the Debtor's Chapter 13 Plan contained an
9  Application for the Payment of Administrative Expenses to the Debtor's attorney and no party filed an
10 objection to the Application, then the Debtor's attorney may lodge an Order approving the Application
11 within ten days after the Court enters this Dismissal Order. Alternatively, the Debtor's attorney has ten
12 days after the Court enters this Dismissal Order to file and notice out a separate fee application. The
13 Trustee is to pay from the funds on hand any adequate protection payments previously ordered by the
14 Court. If there is an insufficient amount of funds on hand to pay all allowed administrative expenses
15 and adequate protection payments, then the Trustee shall pay the administrative expenses and adequate
16 protection payment amounts pro rata. Any remaining funds will be returned to the Debtor. If the
17 Debtor's attorney fails to timely lodge such Order or file a fee application, the Trustee may pay out the
18 funds according to this Order; and

19 (E) If the Court has previously entered a payroll deduction order on the Debtor's wages, then
20 the Court vacates that order.

21 _____

22 THIS ORDER SHALL BE EFFECTIVE UPON THE ENTRY OF THE COURT'S ELECTRONIC
   ENDORSEMENT ABOVE
23 _____

26 ///
   ///
27
28 Copy of the proposed Order was mailed
   or emailed to the following parties on the date
   of the electronic signature affixed below:

| | |
|---|---|
| 1 | |
| 2 | MARTIN J. BERKLEY<br>BERKLEY LAW OFFICE |
| 3 | 4700 S. MILL AVENUE, STE. 1<br>TEMPE, AZ 85282-<br>mjberkley@yahoo.com |
| 4 | Attorney for Debtor |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Scott Lieske, Esq. ABN 16250<br>Craig Friedrichs, Esq. ABN 029995 |
| 10 | Staff Attorneys for Chapter 13 Trustee<br>*SLieske@ch13bk.com* |
| 11 | *CFriedrichs@ch13bk.com* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |